IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WRONGFUL DEATH BENEFICIARIES                                        PLAINTIFF
& ESTATE OF DORA ADAMS

V.                                                 CIVIL ACTION NO. 1:17-CV-129-SA-RP

INVACARE CORPORATION,
HOME-MED EQUIPMENT, INC.                                            DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Before the Court is a stipulated motion of the parties to dismiss this action *with prejudice*, and the Court, being advised that the parties have reached a confidential settlement of this matter, and otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims in this action are finally dismissed *with prejudice* with each party to bear its own costs.

SO ORDERED, this 28th day of May 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

STIPULATED TO AND AGREED:


*s/ Jeffrey J. Hosford*
Jeffrey J. Hosford. (MB No. 100788)
Hosford Law Firm PLLC
115 A. South Lafayette
Starkville, MS  39759
Telephone: (662) 323.0844
Facsimile: 662.323.5560
jeffhosford@gmail.com

*Attorney for Wrongful Death Beneficiaries and*
*Estate of Dora Adams*

*s/ Neville H. Boschert*
Neville H. Boschert (MB No. 3697)
JONES WALKER LLP
190 E. Capitol Street (39201)
P.O. Box 427
Jackson, MS 39205
Telephone: (601) 949.4900
Facsimile: (601) 949.4804
nboschert@joneswalker.com

*Attorney for Invacare Corporation*